**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: M.L.J.P., A MINOR    :   No. 1 EAL 2024

                                                   :

                                                   :

PETITION OF: A.M.C.                     :   Petition for Allowance of Appeal

                                                   :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.